FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SERGIO Montoya Hernandez<br>　　　　Defendant. | Case No. CR 91-994-Kn<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

　　　In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

　　　A.　(✓)　the appearance of the defendant as required; and/or

　　　B.　(✓)　the safety of any person or the community.

1    The Court concludes that :
2  A.   (✓)   Defendant failed to present clear and convincing evidence to
3          establish that Defendant is not a risk of flight because:
4          _____
5          _____ with PTS
6          Failure to interview
7          _____
8
9  B.   (✓)   Defendant failed to present clear and convincing evidence to
10         establish that Defendant does not pose a risk to the safety of other
11         persons or the community because:
12         Prior Felony
13         + Detention
14         _____
15         _____
16
17     IT IS ORDERED that defendant be detained.
18
19  DATE: __10/23__, 201_2_         /s/
20
21                          _____
                            HON. MICHAEL R. WILNER
22                          UNITED STATES MAGISTRATE JUDGE

2